| AO 10 Rev. 1/2007 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2006 | SELF INITIATED AMENDMENT Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial) Reade, Linda R | 2. Court or Organization District Court ND Iowa | 3. Date of Report 05/23/2007 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) U.S. District Judge - Active | 5a. Report Type (check appropriate type) ☐ Nomination, Date ☐ Initial ☒ Annual ☐ Final 5b. ☒ Amended Report | 6. Reporting Period 01/01/2006 to 12/31/2006 |
| 7. Chambers or Office Address U.S. Courthouse 101 1st St. SE Ste. 304 Cedar Rapids, IA 52401 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

[X] NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 08/01/93 | State of Iowa and me-Iowa Judicial Retirement Plan. The state will pay me retirement income when I am eligible to retire |
| 2. | |
| 3. | |

2007 MAY 24 A 11:04 FINANCIAL DISCLOSURE OFFICE RECEIVED

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

[X] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[ ] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2006 | Bradshaw Fowler Proctor & Fairgrave, PC - wages |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

[X] NONE *(No reportable reimbursements.)*

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Reade, Linda R | 05/23/2007 |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

[X] NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-33 of instructions.)*

[X] NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Reade, Linda R | 05/23/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. US Bank Accounts | A | Interest | M | T | | | | | |
| 2. First American Bank f/k/a/ Waukee State Bank | A | Interest | | | Closed | 10/2 | J | | |
| 3. Liberty Bank Account -1 | A | Interest | J | T | | | | | |
| 4. Liberty Bank Account 2 | B | Interest | M | T | | | | | |
| 5. CSCO Stock | | None | J | T | | | | | |
| 6. Medtronic Inc. Stock | A | Dividend | J | T | | | | | |
| 7. Morgan Stanley Liquid Asset Fund | A | Dividend | | | Closed | 3/16 | J | | |
| 8. VanKampen Ins. Muni Inc Trust 14 | A | Interest | J | T | Partial Sale | 05/25 | J | A | |
| 9. Tyco International-X | | None | J | T | | | | | |
| 10. US Savings Bonds | | None | J | T | | | | | |
| 11. Morgan Stanley American Opp. Fund B | | None | | | Sold | 3/16 | J | A | |
| 12. VanKampen Select Growth Fund | | None | | | sold | 3/16 | J | A | |
| 13. Deferred Comp Plan | A | Int./Div. | J | T | | | | | |
| 14. -Stock Index Fund-Valic | | None | | | | | | | |
| 15. -Science & Technology Fund-Valic | | None | | | | | | | |
| 16. -Putnam New Opportunity Fund-Valic | | None | | | | | | | |
| 17. -Putnam Global Gr Fund-Valic | | None | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Reade, Linda R | 05/23/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets)  Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. -American Cent Ultra Fund-Valic | | None | | | | | | | |
| 19. IRA Account | | None | J | T | | | | | |
| 20. -Fidelity Adv Serv VII Technology Fd Cl T | | | | | | | | | |
| 21. -Piper Jaffray Prime Obligs | | | | | | | | | |
| 22. Retirement Account | E | Int./Div. | Pl | T | | | | | |
| 23. -Schwab Money Market Fund | | | | | | | | | |
| 24. -Agere Systems Inc | | | | | | | | | |
| 25. -Alltel Corp Corp Units | | | | | | | | | |
| 26. -American Intl Group Inc | | | | | partial sale | 12/7 | K | | |
| 27. | | | | | partial sale | 12/8 | K | | |
| 28. | | | | | partial sale | 12/12 | J | | |
| 29. -American Tech Grp Inc | | | | | | | | | |
| 30. -Apple---new | | | | | buy | 1/6 | J | | |
| 31. -Associated Banc Corp Wis | | | | | | | | | |
| 32. -Authentidate Hldg Corp | | | | | | | | | |
| 33. -Avaya Inc | | | | | | | | | |
| 34. -Biomira Inc | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | T =Cash Market | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Reade, Linda R | 05/23/2007 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. -Blue Chip Value Fd Inc | | | | | | | | | |
| 36. -Breed Technologies | | | | | | | | | |
| 37. -Chicos Fas Inc | | | | | | | | | |
| 38. -Corrections Cp Amer New | | | | | | | | | |
| 39. -Endologix Inc--new | | | | | buy | 3/10 | J | | |
| 40. -General Electric Company | | | | | | | | | |
| 41. -GEO Group Inc (formerly Wackenhut Corrections Cp) | | | | | | | | | |
| 42. -Grupo Inds Maseca B | | | | | sale | 12/12 | J | | |
| 43. -Healthrac Inc | | | | | | | | | |
| 44. -India Fund--new | | | | | buy | 3/6 | K | | |
| 45. -Intl Business Machines | | | | | partial sale | 12/12 | K | | |
| 46. -L T V Corporation | | | | | | | | | |
| 47. -Laserscope | | | | | sold | 7/27 | J | | |
| 48. -Level 3 Communications | | | | | | | | | |
| 49. -Lucent Technologies Inc | | | | | redemption | 4/6 | J | | |
| 50. -Whirlpool f/k/a Maytaag Corp | | | | | sold | 4/6 | J | | |
| 51. -Mcleodusa Inc | | | | | worthless | 2/10 | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | Reade, Linda R | 05/23/2007 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. -Nstor Technologies Inc | | | | | redemption | 10/3 | J | | |
| 53. -Petaquilla Minerals LTDF(formerly Adrian Resources Ltd) | | | | | | | | | |
| 54. -Southmark Corp | | | | | | | | | |
| 55. -Telecom Argentina SA Ordf(formerly Telecom Argentina Ord) | | | | | | | | | |
| 56. -Templeton Global Incm Fd | | | | | | | | | |
| 57. -Time Warner Inc | | | | | | | | | |
| 58. -Tyco Intl Ltd New F | | | | | | | | | |
| 59. -Wal-Mart DE Cv Spn Adr F | | | | | | | | | |
| 60. -Wells Fargo & Co | | | | | | | | | |
| 61. Windstream (spin off from Alltel) | | | | | spin off | 7/18 | J | | |
| 62. -X C L Ltd New | | | | | | | | | |
| 63. -Blackrock Health Sciences Fund-new | | | | | buy | 8/2 | K | | |
| 64. -Capital World Growth & Income Fd CL A American Funds | | | | | | | | | |
| 65. -Fidelity Adv Eqty Growth Fund | | | | | | | | | |
| 66. -Fidelity Adv Overseas Class T | | | | | | | | | |
| 67. -Franklin Biotechnology Discovery Fund | | | | | | | | | |
| 68. -Kopp Emerging Growth Fund Cl A | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Reade, Linda R | 05/23/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. -Matthews Pacific Tiger Fund--new | | | | | buy | 5/1 | J | | |
| 70. -MFS Emerging Growth Fund | | | | | | | | | |
| 71. -MFS Global Fund CL A | | | | | | | | | |
| 72. -Oppenheimer Global Fund | | | | | | | | | |
| 73. -Putnam New Opportunties | | | | | | | | | |
| 74. -Vanguard Pacific Stock Fund--new | | | | | buy | 1/30 | K | | |
| 75. -General Growth PPTYS | | | | | | | | | |
| 76. -Lucent Techs Inc Warrants | | | | | | | | | |
| 77. -Commerce Bancshares IA | | | | | | | | | |
| 78. -Audible | | | | | | | | | |
| 79. -Bank of America Corp | | | | | | | | | |
| 80. -Ford Motor Co | | | | | | | | | |
| 81. -Laudus Equity Fund | | | | | | | | | |
| 82. -XM Satellite Radio | | | | | | | | | |
| 83. Farming Operation Crops | E | None | | | | | | | |
| 84. -Farm 2 Dallas Co, IA | | | M | W | | | | | |
| 85. -Farm 3 Dallas Co., Ia | | | L | W | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns Bl and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Reade, Linda R | 05/23/2007 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. -Farm 5 Adair Co, IA | | | M | W | | | | | |
| 87. -Farm 6 Adair Co, IA | | | M | W | | | | | |
| 88. -Farm 7 Adair Co, IA | | | L | W | | | | | |
| 89. -Farm 8 Adair Co, IA | | | L | W | | | | | |
| 90. -Farm 9 Adair Co, IA | | | L | W | | | | | |
| 91. -Farm 10 Adair Co, IA | | | M | W | | | | | |
| 92. -Farm 11 Adair Co, IA | | | K | W | | | | | |
| 93. -Farm 14 Adams Co, IA | D | Rent | M | W | | | | | |
| 94. -Farm 15 Adams Co, IA | C | Rent | L | W | | | | | |
| 95. -Farm 18 Adams Co, IA | | | K | W | | | | | |
| 96. -Farm 19 Taylor County | C | Rent | K | R | | | | | |
| 97. Farm 20 Decatur County | B | Rent | J | R | | | | | |
| 98. Cincinnati Life Insurance Whole Life Policy | | None | M | T | | | | | |
| 99. Mineral Interest,Dallas County, IA | D | Royalty | J | T | | | | | |
| 100. Royalty Interest, Bowman County, North Dakota | B | Royalty | J | T | | | | | |
| 101. Liberty Banshares Inc(Appraisal 12/31/06) | F | S-corp inc | P1 | Q | | | | | |
| 102. - | A | Dividend | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Reade, Linda R | 05/23/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. | A | Interest | | | | | | | |
| 104. Ben Con Properties LLC | B | Rent | K | U | | | | | |
| 105. Towne View Apartments, LTD | A | Rent | J | U | | | | | |
| 106. | A | Interest | | | | | | | |
| 107. Carefree Group LLC | | Partnership | J | U | | | | | |
| 108. Phoenix-Tuson Ranch LLC | A | Interest | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,000 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

PartVII---Lines 14-18 are not new. I should have listed them as Deferred Compensation in prior years to be more precise.

Part VII Line 83  The income is from selling the crops raised on the farms listed on lines 84-92 and 95

Part VII Line 83 the income is from selling crops and column B(2) does not have "crops" as an option.

| Name of Person Reporting | Date of Report |
|---|---|
| Reade, Linda R | 05/23/2007 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature ████████████████████████        Date  5-23-07

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2006

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Reade, Linda R | District Court ND Iowa | 05/10/2007 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. District Judge - Active | ☐ Nomination, Date<br>☐ Initial ☒ Annual ☐ Final<br><br>5b. ☐ Amended Report | 01/01/2006<br>to<br>12/31/2006 |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| U.S. Courthouse<br>101 1st St. SE Ste. 304<br>Cedar Rapids, IA 52401 | Reviewing Officer_____ Date_____ |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

[X] NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

2007 MAY 14 P 12: 21 RECEIVED FINANCIAL DISCLOSURE OFFICE

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 08/01/93 | State of Iowa and me-Iowa Judicial Retirement Plan. The state will pay me retirement income when I am eligible to retire |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Reade, Linda R | 05/10/2007 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

[X] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[ ] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2006 | Bradshaw Fowler Proctor & Fairgrave, PC - wages |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

[X] NONE *(No reportable reimbursements.)*

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

[X] NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-33 of instructions.)*

[X] NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Reade, Linda R | 05/10/2007 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1.  US Bank Accounts | A | Interest | M | T | | | | | |
| 2.  First American Bank f/k/a/ Waukee State Bank | A | Interest | | | Closed | 10/2 | J | | |
| 3.  Liberty Bank Account -1 | A | Interest | J | T | | | | | |
| 4.  Liberty Bank Account 2 | B | Interest | M | T | | | | | |
| 5.  CSCO Stock | | None | J | T | | | | | |
| 6.  Medtronic Inc. Stock | A | Dividend | J | T | | | | | |
| 7.  Morgan Stanley Liquid Asset Fund | A | Dividend | | | Closed | 3/16 | | | |
| 8.  VanKampen Ins. Muni Inc Trust 14 | A | Interest | J | T | Partial Sale | 05/25 | J | A | |
| 9.  Tyco International-X | | None | J | T | | | | | |
| 10.  US Savings Bonds | | None | J | T | | | | | |
| 11.  Morgan Stanley American Opp. Fund B | | None | | | Sold | 3/16 | J | A | |
| 12.  VanKampen Select Growth Fund | | None | | | sold | 3/16 | J | A | |
| 13.  Deferred Comp Plan | A | Int./Div. | J | T | | | | | |
| 14.  -Stock Index Fund-Valic | | None | | | | | | | |
| 15.  -Science & Technology Fund-Valic | | None | | | | | | | |
| 16.  -Putnam New Opportunity Fund-Valic | | None | | | | | | | |
| 17.  -Putnam Global Gr Fund-Valic | | None | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Reade, Linda R | 05/10/2007 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. -American Cent Ultra Fund-Valic | | None | | | | | | | |
| 19. IRA Account | | None | J | T | | | | | |
| 20. -Fidelity Adv Serv VII Technology Fd Cl T | | | | | | | | | |
| 21. -Piper Jaffray Prime Obligs | | | | | | | | | |
| 22. Retirement Account | E | Int./Div. | P1 | T | | | | | |
| 23. -Schwab Money Market Fund | | | | | | | | | |
| 24. -Agere Systems Inc | | | | | | | | | |
| 25. -Alltel Corp Corp Units | | | | | | | | | |
| 26. -American Intl Group Inc | | | | | partial sale | 12/7 | K | | |
| 27. | | | | | partial sale | 12/8 | K | | |
| 28. | | | | | partial sale | 12/12 | J | | |
| 29. -American Tech Grp Inc | | | | | | | | | |
| 30. -Apple---new | | | | | buy | 1/6 | J | | |
| 31. -Associated Banc Corp Wis | | | | | | | | | |
| 32. -Authentidate Hldg Corp | | | | | | | | | |
| 33. -Avaya Inc | | | | | | | | | |
| 34. -Biomira Inc | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,000 - $100,000 P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | P4 =More than $50,000,000 S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Reade, Linda R | 05/10/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. -Blue Chip Value Fd Inc | | | | | | | | | |
| 36. -Breed Technologies | | | | | | | | | |
| 37. -Chicos Fas Inc | | | | | | | | | |
| 38. -Corrections Cp Amer New | | | | | | | | | |
| 39. -Endologix Inc--new | | | | | buy | 3/10 | J | | |
| 40. -General Electric Company | | | | | | | | | |
| 41. -GEO Group Inc (formerly Wackenhut Corrections Cp) | | | | | | | | | |
| 42. -Grupo Inds Maseca B | | | | | sale | 12/12 | J | | |
| 43. -Healthrac Inc | | | | | | | | | |
| 44. -India Fund--new | | | | | buy | 3/6 | K | | |
| 45. -Intl Business Machines | | | | | partial sale | 12/12 | K | | |
| 46. -L T V Corporation | | | | | | | | | |
| 47. -Laserscope | | | | | sold | 7/27 | J | | |
| 48. -Level 3 Communications | | | | | | | | | |
| 49. -Lucent Technologies Inc | | | | | redemption | 4/6 | J | | |
| 50. -Whirlpool f/k/a Maytaag Corp | | | | | sold | 4/6 | | | |
| 51. -Mcleodusa Inc | | | | | worthless | 2/10 | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Reade, Linda R | 05/10/2007 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. -Nstor Technologies Inc | | | | | redemption | 10/3 | | | |
| 53. -Petaquilla Minerals LTDF(formerly Adrian Resources Ltd) | | | | | | | | | |
| 54. -Southmark Corp | | | | | | | | | |
| 55. -Telecom Argentina SA Ordf(formerly Telecom Argentina Ord) | | | | | | | | | |
| 56. -Templeton Global Incm Fd | | | | | | | | | |
| 57. -Time Warner Inc | | | | | | | | | |
| 58. -Tyco Intl Ltd New F | | | | | | | | | |
| 59. -Wal-Mart DE Cv Spn Adr F | | | | | | | | | |
| 60. -Wells Fargo & Co | | | | | | | | | |
| 61. Windstream (spin off from Alltel) | | | | | spin off | 7/18 | | | |
| 62. -X C L Ltd New | | | | | | | | | |
| 63. -Blackrock Health Sciences Fund-new | | | | | buy | 8/2 | K | | |
| 64. -Capital World Growth & Income Fd CL A American Funds | | | | | | | | | |
| 65. -Fidelity Adv Eqty Growth Fund | | | | | | | | | |
| 66. -Fidelity Adv Overseas Class T | | | | | | | | | |
| 67. -Franklin Biotechnology Discovery Fund | | | | | | | | | |
| 68. -Kopp Emerging Growth Fund Cl A | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,000 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | P4 =More than $50,000,000 S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Reade, Linda R | 05/10/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. -Matthews Pacific Tiger Fund--new | | | | | buy | 5/1 | J | | |
| 70. -MFS Emerging Growth Fund | | | | | | | | | |
| 71. -MFS Global Fund CL A | | | | | | | | | |
| 72. -Oppenheimer Global Fund | | | | | | | | | |
| 73. -Putnam New Opportunties | | | | | | | | | |
| 74. -Vanguard Pacific Stock Fund--new | | | | | buy | 1/30 | K | | |
| 75. -General Growth PPTYS | | | | | | | | | |
| 76. -Lucent Techs Inc Warrants | | | | | | | | | |
| 77. -Commerce Bancshares IA | | | | | | | | | |
| 78. -Audible | | | | | | | | | |
| 79. -Bank of America Corp | | | | | | | | | |
| 80. -Ford Motor Co | | | | | | | | | |
| 81. -Laudus Equity Fund | | | | | | | | | |
| 82. -XM Satellite Radio | | | | | | | | | |
| 83. Farming Operation Crops | E | None | | | | | | | |
| 84. -Farm 2 Dallas Co, IA | | | M | W | | | | | |
| 85. -Farm 3 Dallas Co., Ia | | | L | W | | | | | |

1. Income Gain Codes:    A =$1,000 or less    B =$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000
(See Columns B1 and D4)    F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2. Value Codes    J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
(See Columns C1 and D3)    N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
3. Value Method Codes    P3 =$25,000,001 - $50,000,000    R =Cost (Real Estate Only)    P4 =More than $50,000,000    T =Cash Market
(See Column C2)    Q =Appraisal    V =Other    S =Assessment
   U =Book Value    W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Reade, Linda R | 05/10/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86.  -Farm 5 Adair Co, IA | | | M | W | | | | | |
| 87.  -Farm 6 Adair Co, IA | | | M | W | | | | | |
| 88.  -Farm 7 Adair Co, IA | | | L | W | | | | | |
| 89.  -Farm 8 Adair Co, IA | | | L | W | | | | | |
| 90.  -Farm 9 Adair Co, IA | | | L | W | | | | | |
| 91.  -Farm 10 Adair Co, IA | | | M | W | | | | | |
| 92.  -Farm 11 Adair Co, IA | | | K | W | | | | | |
| 93.  -Farm 14 Adams Co, IA | D | Rent | M | W | | | | | |
| 94.  -Farm 15 Adams Co, IA | C | Rent | L | W | | | | | |
| 95.  -Farm 18 Adams Co, IA | | | K | W | | | | | |
| 96.  -Farm 19 Taylor County | C | Rent | K | R | | | | | |
| 97.  Farm 20 Decatur County | B | Rent | J | R | | | | | |
| 98.  Cincinnati Life Insurance Whole Life Policy | | None | M | T | | | | | |
| 99.  Mineral Interest, Dallas County, IA | D | Royalty | J | T | | | | | |
| 100.  Royalty Interest, Bowman County, North Dakota | B | Royalty | J | T | | | | | |
| 101.  Liberty Banshares Inc (Appraisal 12/31/06) | F | S-corp inc | P1 | Q | | | | | |
| 102.  - | A | Dividend | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | V =Other | S =Assessment | T =Cash Market | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Reade, Linda R | 05/10/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. | A | Interest | | | | | | | |
| 104. Ben Con Properties LLC | B | Rent | K | U | | | | | |
| 105. Towne View Apartments, LTD | A | Rent | J | U | | | | | |
| 106. | A | Interest | | | | | | | |
| 107. Carefree Group LLC | | Partnership | J | U | | | | | |
| 108. Phoenix-Tuson Ranch LLC | A | Interest | K | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | P4 =More than $50,000,000 S =Assessment W =Estimated | T =Cash Market | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

PartVII---Lines 14-18 are not new. I should have listed them as Deferred Compensation in prior years to be more precise.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature _____  Date _5 —10 —2007_

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544